ACCEPTED
01-15-00155-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 3:01:35 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-15-00155-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 3:01:35 PM
CHRISTOPHER A. PRINE
Clerk

CHARLES WADE, *APPELLANT*

VS.

HARRIS COUNTY, ET AL., *APPELLEES*

On Appeal from the 295TH Judicial District Court of
Harris County, Texas, Trial Court No. 2011-69056

**APPELLEES' REQUEST FOR MANDATE TO BE ISSUED**

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 78701
(713) 844-3405 direct phone
(713) 844-3400 main phone
(713) 844-3504 fax
Edward J. (Nick) Nicholas
State Bar No. 14991350
Nick.Nicholas@lgbs.com
Anthony W. (Tony) Nims
State Bar No. 15031500
Tony.Nims@lgbs.com

ATTORNEYS FOR APPELLEES

## APPELLEES' REQUEST FOR MANDATE TO BE ISSUED

Pursuant to Rules 10 and 18, TEX. R. APP. P., Harris County, City of Houston, Houston Independent School District, and Houston Community College System ("Appellees") file this Request for a Mandate to be Issued, and would respectfully show as follows:

## I. ARGUMENT & AUTHORITIES

1.      On June 16, 2015, this Court issued a Judgment dismissing this appeal.

2.      Pursuant to Rule 18(a), TEX. R. APP. P., a Court of Appeals may issue a mandate after seventy (70) days if no party files: (a) a motion for rehearing or en banc reconsideration, (b), a motion to extend time to file a motion for rehearing or en banc reconsideration, (c) a petition for review in the Supreme Court, or (4) a motion to extend time to file a petition for review.

3.      More than seventy (70) days have passed since the Court issued its Judgment, and no party has filed a rule-compliant motion for rehearing[1] or en banc reconsideration, a petition for review in the Supreme Court, or a motion to extend the time for filing any motion or petition.

---

[1]      On July 7, 2015, the Court's Clerk returned Appellant's Motion for Rehearing for non-compliance with the Texas Rules of Appellate Procedure.

## II. CONCLUSION AND PRAYER FOR RELIEF

4.      For these reasons, Appellees ask the Court to grant this Request and to issue a Mandate to the trial court.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP

By:      *Nick Nicholas*

Edward J. (Nick) Nicholas
State Bar No. 14991350
4828 Loop Central Drive, Suite 600
Houston, Texas 78701
(713) 844-3405 direct phone
(713) 844-3504 fax
Nick.Nicholas@lgbs.com

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I certify that a copy of Appellees' Motion to Dismiss was served by first-class U.S. Mail, certified/return receipt requested, on Charles Ronald Wade, 4318 Woodmont, Houston, Texas 77045.

By:      *Nick Nicholas*

Edward J. (Nick) Nicholas